**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEE PINKERTON, | ) | CASE NO. CV 07-07873 R (RZ) |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| J.K. WOODRING, WARDEN, | ) ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered <u>de novo</u> any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 14, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE