O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES LEE PINKERTON,                          )          CASE NO. CV 07-07873 R (RZ)
                                              )
                            Petitioner,       )
                                              )          JUDGMENT
            vs.                               )
                                              )
J.K. WOODRING, WARDEN,                        )
                                              )
                            Respondent.       )
_____ )

      This matter came before the Court on the Petition of JAMES LEE PINKERTON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 14, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE